UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0828 FMO (AJWx) | Date | October 18, 2016 |
|---|---|---|---|
| Title | Melvin Glapion v. Kroll Associates Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Staying Action

Pursuant to the Court's Order of October 17, 2016, all of plaintiff Melvin Glapion's federal claims in this action have been dismissed with prejudice. (See Dkt. 49, Court's Order of October 17, 2016, at 8). On August 31, 2016, plaintiff filed an action in state court against defendant Kroll Associates, Inc., asserting essentially identical factual allegations and claims as in this case.[1] See Glapion v. Kroll Associates, Inc., Case No. BC632428, Complaint for Damages (Cal. Super. Ct. L.A. Cty. 2016); (see also Dkt. 46, Notice of Duplicate Action Filed by Plaintiff in Los Angeles Superior Court). It is well-settled that the court "may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863 (9th Cir.), cert. denied, 444 U.S. 827 (1979).

Accordingly, IT IS ORDERED THAT, no later than **October 21, 2016**, the parties shall show cause in writing why this action should not be stayed pending resolution of the state court action filed by plaintiff on August 31, 2016. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions, the staying of this action, and/or dismissal of this action for lack of prosecution.**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |

---

[1] According to the public docket available on the website of the Los Angeles County Superior Court, www.lacourt.org/page/ci0104, plaintiff's state action is currently scheduled for a hearing on November 9, 2016.