1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  MELVIN GLAPION,                          )   Case No. CV 16-0828 FMO (AJWx)
                                             )
12              Plaintiff,                   )
                                             )
13         v.                                )   **ORDER GRANTING REQUEST FOR**
                                             )   **DISMISSAL**
14  KROLL ASSOCIATES INC.,                   )
                                             )
15              Defendant.                   )
    _____ )

16

17         The court is in receipt of plaintiff Melvin Glapion's Request for Dismissal (Dkt. 51), in which

18  plaintiff requests that this action be dismissed in its entirety as to all defendants with prejudice.

19  (See id.).  Under Rule 41(a), a plaintiff may voluntarily dismiss an action with or without prejudice

20  by filing a notice of dismissal before the opposing party serves either an answer or a motion for

21  summary judgment.  See Fed. R. Civ. P. 41(a)(1)(A)(i) & (B).  No answer or motion for summary

22  judgment has been filed.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED THAT the above-

23  captioned action is **dismissed with prejudice**.

24  Dated this 24th day of October, 2016.

25

26                                                    /s/
                                             _____
27                                              Fernando M. Olguin
                                             United States District Judge

28