JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MELVIN GLAPION, | ) | Case No. CV 16-0828 FMO (AJWx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KROLL ASSOCIATES INC., | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 24th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge